# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MISTY GLEASON, | CASE NO. 3:14-cv-00021-GBC |
| Plaintiff, | |
| | (MAGISTRATE JUDGE COHN) |
| v. | |
| | ORDER GRANTING PLAINTIFF'S APPEAL, VACATING THE DECISION OF THE COMMISSIONER, AND REMANDING FOR FURTHER PROCEEDINGS |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| | Docs. 1, 9, 10, 14, 19, 24, 27 |

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Misty Gleason and against the Commissioner as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Misty Gleason disability insurance benefits is vacated and the case remanded to the Commissioner of Social Security to develop the record fully, conduct a new

administrative hearing, and appropriately evaluate the evidence in accordance with the accompanying memorandum; and,

3. The Clerk of Court shall close this case.

Dated: July 13, 2015                              *s/Gerald B. Cohn*
                                                   GERALD B. COHN
                                          UNITED STATES MAGISTRATE JUDGE